# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

COMCAST OF FLORIDA/GEORGIA/PENNSYLVANIA, L.P.,

      Plaintiff,

v.                         Case No:   6:12-cv-1671-Orl-31KRS

AVALON PARK PROPERTY OWNERS ASSOCIATION, INC.,

      Defendant.

## ORDER

This Court's ruling on the parties cross motions for summary judgment has resolved all issues in the case except whether Avalon Park Property Owners Association, Inc.'s ("Avalon") actions between November 2, 2011 to December 31, 2011 constituted a breach of the exclusive negotiation provision of its contract with Comcast of Florida/Georgia/Pennsylvania, L.P. ("Comcast"). (*See* Doc. 44). In Avalon's response to Comcast's Motion for Summary Judgment, it asserts that it should be entitled to summary judgment on this issue. (Doc. 38 at 7-8). However, Avalon did not request that relief in its motion for summary judgment. (Doc. 31). To ensure that both parties have sufficient notice and opportunity to be heard on this issue,

It is **ORDERED** that the Court will accept additional briefing as follows:

- Avalon's brief is due January 20, 2013 (7 page limit).

- Comcast's response is due January 30, 2014 (7 page limit).

- Avalon's reply is due February 7, 2014 (3 page limit).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 9, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party